KNIGHT & RYAN
Scott A. Knight, Esq. #9083
scott@knightryan.com
8880 W. Sunset Road, Ste 130
Las Vegas, Nevada 89148
Telephone: (702) 462-6083
Facsimile: (702) 462-6084
*Attorney for Plaintiffs Elisabeth
and Gene Eric Grimshaw*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Elisabeth Grimshaw, an individual, Gene Eric Grimshaw, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> Target Corporation, a Minnesota corporation; Metropolitan Property & Casualty Insurance Company, a Rhode Island corporation; Does 1-20, inclusive and Roe Business Entities 1-20, Inclusive, <br><br> Defendants. | Case No.:   2:20-cv-01068-GMN-EJY <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs Elisabeth Grimshaw and Gene Eric Grimshaw, by and through their attorneys of record, Knight & Ryan, Defendant Target Corporation, by and through its attorneys of record, Lewis Brisbois Bisgaard & Smith, and Defendant Metropolitan Property & Casualty Insurance Company, by and through its attorneys of record, McCormick, Barstow, Sheppard, Wayte & Carruth hereby stipulate and agree as follows:

. . .

. . .

. . .

. . .

. . .

. . .



|     |     |
| --- | --- |
| 1   | **IT IS HEREBY STIPULATED AND AGREED** by the Parties that the above-entitled |
| 2   | matter, including all claims, counterclaims, cross-claims, third-party claims, causes of action, and |
| 3   | affirmative defenses that were brought or could have been brought that relate in any way to the |
| 4   | above entitled action be dismissed WITH PREJUDICE, with each party to bear its/his/her own |
| 5   | attorney fees and costs. |

Dated this 22nd day of March, 2022

KNIGHT & RYAN

By: /s/ Scott A. Knight
  Scott A. Knight, Esq.
  Nevada Bar No. 9083
  8880 W. Sunset Rd., Ste 130
  Las Vegas, Nevada 89148
  Attorney for Elisabeth and Gene Eric Grimshaw

Dated this 22nd day of March, 2022

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH

By: /s/ Wade M. Hansard
  Wade M. Hansard, Esq.
  Nevada Bar No. 8104
  8337 W. Sunset Road, Ste. 350
  Las Vegas, Nevada 89113
  Attorney for Defendant,
  Metropolitan Property & Casualty Insurance Company dba
  Metlife Auto & Home

. . .

. . .

. . .

. . .

Dated this 22nd day of March, 2022

LEWIS BRISBOIS BISGAARD & SMITH

By: /s/ Martin M. Manke
  Martin M. Manke, Esq.
  Nevada Bar No. 7077
  Josh C. Aicklen
  Nevada Bar No. 7254
  6385 S. Rainbow Blvd., Ste. 600
  Las Vegas, Nevada 89118
  Attorney for Defendant,
  Target Corporation

**IT IS SO ORDERED.** The Clerk of Court shall close this case accordingly.

Dated this  22  day of March, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

## **ORDER**

IT IS HEREBY ORDERED that based upon the above Stipulation by and among the Parties, this matter, including all claims, counterclaims, cross-claims, third-party claims, causes of action, and affirmative defenses that were brought or could have been brought that relate in any way to the above entitled action be dismissed WITH PREJUDICE, with each party to bear its/his/her own attorney fees and costs.

**Dated** this _____ day of _____, 202__.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

